September 03, 2004

Mr. James Alan Hemphill
George & Donaldson, L.L.P.
114 W. 7th Street, Suite 1100
Austin, TX 78701
Mr. Michael J. Whitten
The Whitten Law Firm
218 North Elm Street
Denton, TX 76201-4108

RE: Case Number: 03-0019
 Court of Appeals Number: 02-01-00023-CV
 Trial Court Number: 99,20910-158

Style: NEW TIMES, INC., D/B/A DALLAS OBSERVER, DALLAS OBSERVER, L.P.,
 ROSE FARLEY, JULIE LYONS, AND PATRICK WILLIAMS
 v.
 BRUCE ISAACKS AND DARLENE A. WHITTEN

Dear Counsel:

 Today the Supreme Court of Texas dismissed as moot the motion to
strike respondent's brief on the merits and delivered the enclosed opinion
and judgment in the above-referenced cause. (Justice Schneider not
sitting)
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Tracy Kunkel |
| |Ms. Stephanie |
| |Lavake |